**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**MEMO ENDORSED**

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

October 2, 2020

Honorable Edgardo Ramos
United States District Judge
United States District Courthouse
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

BY ECF

> The application is _X_ granted
> ___ denied
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: ___10/5/2020_____
> New York, New York

Re: *United States v. Calvin Bailey*, 12 Cr. 214 (ER)
Request for CJA Re-Appointment

Dear Judge Ramos:

On March 15, 2013, I was appointed to represent the above defendant pursuant to CJA. (ECF Doc No. 81). On December 19, 2014, the Court sentenced the defendant to a total of 180 months' imprisonment to be followed by 4 years' Supervised Release, after his plea of guilty to his participation in a narcotics conspiracy and possession of a firearm in furtherance of the conspiracy. (ECF Doc No. 364).

I was contacted by Mr. Bailey who wishes me to assist him in application(s) for relief under 18 USC §3624 and/or 18 USC §3582(c)(1)(A) based upon his underlying medical conditions, which place him at increased risk of serious illness or death if he were to contract the COVID-19 virus. I therefore write to request re-appointment pursuant to CJA to represent the defendant for these purposes, n*unc pro tunc*, to June 3, 2020.

Thank you, Your Honor, for your consideration of this application.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:   AUSA Ian Graf (By ECF)